1  Justin J. Bustos, NSB #10320
   DICKINSON WRIGHT PLLC
2  100 W. Liberty Street, Suite 940
   Reno, NV 89501
3  Telephone: 775 343-7500
   Fax:       775-786-0131
4  Email:     jbustos@dickinsonwright.com

5  R. Scott Erlewine (CA SB# 095106 – *Pro Hac Vice*)
   PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
6  39 Mesa Street, Suite 201 - The Presidio
   San Francisco, CA  94129
7  Telephone: 415-398-0900
   Fax:       415-398-0911
8  Email:     rse@phillaw.com

9  Attorneys for Plaintiff
   Golden Gate/S.E.T. Retail of Nevada LLC
10
   Athanasia Dalacas NSB # 9390
11 adalacas@rlattorneys.com
   RESNICK & LOUIS P.C.
12 5940 South Rainbow Boulevard
   Las Vegas, NV 89118
13 702.997.3800
   F - 702.997.3800
14
   Robert W. Keaster (CA SB#115847-Pro Hac Vice)
15 rkeaster@ckllplaw.com
   CHAMBERLIN & KEASTER LLP
16 16000 Ventura Boulevard, Suite 700
   Encino, California 91436-2758
17 (818) 385-1256
   F - (818) 385-1802
18
   Attorneys for Defendant
19 INTERNATIONAL INSURANCE COMPANY OF HANNOVER, SE

20                     **UNITED STATES DISTRICT COURT**
21                          **DISTRICT OF NEVADA**

| | |
|---|---|
| GOLDEN GATE/S.E.T. RETAIL OF NEVADA, LLC., a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL INSURANCE COMPANY OF HANNOVER, SE, et al.<br><br>Defendants. | **CASE NO. 3:17-cv-00190-RCJ-VPC**<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE AND TOLLING AGREEMENT; [PROPOSED] ORDER** |

1

Plaintiff Golden Gate/S.E.T. Retail of Nevada, LLC. ("Plaintiff") and Defendant International Insurance Company of Hannover, SE ("Hannover") (each, a "Party" and collectively, the "Parties"), by and through their attorneys of record, hereby stipulate as follows:

1. On March 28, 2017, Plaintiff filed this action against Hannover (hereafter "this Action"), seeking unpaid insurance proceeds relating to the leak of an underground fuel storage tank owned by Plaintiff.

2. On August 16, 2017, Plaintiff filed its First Amended Complaint adding three defendants, including Modern Welding Company, Inc. (the tank manufacturer), and Frank Lepori Construction, Inc. and Petroleum Maintenance (the tank installers), seeking damages against each arising from the same leak.

3. The filing of the First Amended Complaint defeated diversity jurisdiction in this Action because Plaintiff, a Nevada Limited Liability Company, is, on information and belief, a resident of the same state as Defendants Frank Lepori Construction, Inc. and Petroleum Maintenance.

4. Hannover is the only Defendant which has appeared in this Action.

5. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Hannover hereby stipulate to the dismissal of this action as to all claims, causes of action, and defendants, without prejudice.

6. Plaintiff and Hannover further agree that this Action shall be re-filed in Nevada State Court, and that the running of all statutes of limitations applicable to any claims Plaintiff has asserted against Hannover will be interrupted, suspended, and deemed to have tolled as of March 28, 2017, the date this Action was filed. This stipulation shall not revive any statute of limitation that had run as of March 28, 2017.

7. Other than as set forth herein, Plaintiff and Hannover reserve all rights with respect to and in connection with this Action, and this Stipulation for Dismissal and Tolling Agreement shall not be asserted or construed to be a waiver of any claim, right or defense of any Party against any other Party.

9. This Stipulation for Dismissal and Tolling Agreement shall not be construed as an admission of liability or wrongdoing by either Party.

IT IS SO STIPULATED.

Dated: September 11, 2017             DICKINSON WRIGHT, PLLC

By  /s/ Justin J. Bustos
    Justin J. Bustos
Attorneys for Plaintiff Golden Gates/S.E.T.
Retail of Nevada, L.L.C.

-AND-

PHILLIPS, ERLEWINE, GIVEN & CARLIN, LLP

By  /s/ R. Scott Erlewine
    R. Scott Erlewine
    (Pro Hac Vice)
Attorneys for Plaintiff Golden Gates/S.E.T.
Retail of Nevada, L.L.C.

RESNICK & LOUIS P.C.

By  s/ Athanasia Dalacas
    Athanasia Dalacas
Attorneys for Defendant
INTERNATIONAL INSURANCE
COMPANY OF HANNOVER, SE

-AND-

CHAMBERLIN & KEASTER LLP

Dated: September 11, 2017             By  s/Robert W. Keaster
    Robert W. Keaster
    (Pro Hac Vice)
Attorneys for Defendant
INTERNATIONAL INSURANCE
COMPANY OF HANNOVER, SE

3

~~[PROPOSED]~~ **ORDER**

PURSUANT TO STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED that the instant action is hereby dismissed as to all claims, causes of action, and parties, without prejudice.

IT IS SO ORDERED

Dated: _1-19-2018_

_____
UNITED STATES DISTRICT JUDGE